**Opinion issued October 20, 2022**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-22-00703-CV

———————————

## IN RE GRAHAM W. GILLIAM, Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relator, Graham W. Gilliam, has filed a mandamus petition challenging the trial court's September 27, 2022 Default Judgment for Non-Contempt Enforcement Remedies and Order Granting Motion for Appointment of Receiver.[1] In conjunction with the petition, Relator filed a motion to stay the trial court's order pending

---

[1] The underlying case is *Diane Werlein Gilliam v. Graham Wilson Gilliam*, cause number 2022-43163, pending in the 312th District Court of Harris County, Texas, the Honorable Clinton E. Wells, Jr. presiding.

resolution of the mandamus petition. We deny the petition and dismiss the stay motion as moot.

## PER CURIAM

Panel consists of Justices Goodman, Countiss, and Farris.